IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COREY BRACEY,

                    *Plaintiff*,

        v.

COREY VALENCIA, *et al*,

                    *Defendants*.

Civil Action No. 2:19-cv-1385

Hon. William S. Stickman IV
Hon. Maureen P. Kelly

## ORDER OF COURT

Plaintiff Corey Bracey ("Bracey") brought this *pro se* civil rights and defamation action pursuant to 42 U.S.C. § 1983 as a result of an altercation with correctional officers at the State Correctional Institution ("SCI") – Greene.  The case was referred to Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.  On August 10, 2022, Magistrate Judge Kelly issued a Report and Recommendation that the Motion for Partial Summary Judgment filed by Defendants Corey Valencia, Lieutenant Morris, and Christopher Colgan ("Corrections Defendants") (ECF No. 188) be denied.  (ECF No. 223).  The parties were given until September 12, 2022, to file objections.  (ECF No. 225).  No objections were filed.

The Court will not disturb Magistrate Judge Kelly's conclusions in her Report and Recommendation and it hereby ADOPTS her Report and Recommendation (ECF No. 223) as its Opinion.  The Court's independent review of the entire record led it to agree with Magistrate Judge Kelly's thorough analysis of the issues.  It concurs with her conclusion that the Corrections Defendants' motion should be denied, and that Bracey's claims asserted against Lieutenant Morris can proceed to trial.

1

AND NOW, this 19th day of September 2022, IT IS HEREBY ORDERED that the

Corrections Defendants' Partial Motion for Summary Judgment (ECF No. 188) is DENIED.

BY THE COURT:


s/   William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE