UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY BRACEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-1385 |
| | ) | District Judge William S. Stickman |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| COREY VALENCIA, *Corrections Officer I*, | ) | |
| CHRISTOPHER COLGAN, *Corrections* | ) | |
| *Officer I*, and Lieutenant Morris, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 26th day of October 2022, IT IS HEREBY ORDERED that the Telephone Status Conference scheduled in this matter for November 17, 2022, shall be conducted **at 8:30 a.m.** Counsel for Defendants shall confirm Plaintiff's availability on November 15, 2022, and advise the Court by the close of business on November 15, 2022, of any conflicts barring Plaintiff's appearance.

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable William S. Stickman
      United States District Judge

      Corey Bracey
      GS 4754
      SCI Phoenix
      1200 Mokychic Road
      Collegeville, Pa 19426

All counsel of record via CM/ECF