IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY BRACEY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 19-1385 |
| | ) District Judge William S. Stickman |
| v. | ) Magistrate Judge Maureen P. Kelly |
| | ) |
| COREY VALENCIA, *Corrections Officer I*, | ) |
| CHRISTOPHER COLGAN, *Corrections* | ) |
| *Officer I*, and Lieutenant Morris, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This civil action was referred to the undersigned in accordance with the Magistrates Act, 28 U.S.C. Section 636(b)(1), and Rule 72.C.1 of the Local Civil Rules for Magistrate Judges. Discovery has been completed. Defendants' Motion for Partial Summary Judgment has been addressed. Therefore, there being no further matters to address and the parties having not consented to trial before a magistrate judge, IT IS HEREBY ORDERED that the above-captioned matter is referred back to United States District Judge William S. Stickman to schedule this matter for trial.

The undersigned will continue to explore the interest of the parties in a judicial settlement conference over the next thirty days.

Dated: October 26, 2022
BY THE COURT,

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record Via CM-ECF