IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY BRACEY, | : |
| | : |
| Plaintiff, | : |
| | : Civil No.: 19-1385 |
| v. | : |
| | : |
| CORRECTIONS OFFICER I COREY VALENCIA; MCLAREN MEDICAL LABORATORY; LABORATORY DIRECTOR, DENNIS W. SPENCER, MD; WARD MEDICAL LABORATORY; LABORATORY DIRECTOR, WILLIAM G. FLINN, MD; GARCIA CLINICAL LABORATORY; LABORATORY DIRECTOR, LORENZ P. KIELHORN, MD, MORRIS, COLGAN, | : Magistrate Judge Kelly<br>:<br>:<br>:<br>:<br>:<br>: Electronically Filed.<br>:<br>: |
| Defendants. | |

**Notice to Court Regarding November 17, 2022 Status Call** (ECF No. 231)

Undersigned counsel today confirmed with staff members at SCI-Phoenix that Mr. Bracey is scheduled for the telephone status conference on November 17, 2022 at 8:30 AM. Defense Counsel will contact the facility at 8:30 that morning and then join both Defense Counsel and Mr. Bracey to the Court's conference line. Counsel has been advised that Mr. Bracey will join from a hearing examiner room in the Restricted Housing Unit.

Respectfully submitted,

1

|  |  |
|---|---|
|  | JOSH SHAPIRO<br>Attorney General |
| By: | */s/ Matthew C. Gill*<br>Matthew C. Gill<br>Deputy Attorney General<br>Attorney ID: 315896 |
| Office of Attorney General<br>1251 Waterfront Place, Mezzanine Level<br>Pittsburgh, PA 15222 | KAREN M. ROMANO<br>Chief Deputy Attorney General<br><br>Civil Litigation Section |
| Date:  November 15, 2022 | Counsel for Corrections Defendants |

## CERTIFICATE OF SERVICE

I, Matthew C. Gill, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on November 15, 2022, I caused to be served a true and correct copy of the foregoing document titled **Notice to Court Regarding November 17, 2022 Status Call** to the following:

### VIA U.S. MAIL

Smart Communications/PADOC
Corey Bracey, GS-4754
SCI PHOENIX
PO Box 33028
St. Petersburg, FL 33733
*Pro Se Plaintiff*

                                              */s/ Matthew C. Gill*
                                              Matthew C. Gill
                                              Deputy Attorney General

Office of Attorney General
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222