# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY BRACEY, | } |
|                 Plaintiff, | } No. 2:19-cv-01385-WSS |
| vs. | } Judge Stickman |
| COREY VALENCIA, *Correctional Officer I*; CHRISTOPHER COLGAN, *Corrections Officer 1*; and LIEUTENANT MORRIS, | } |
|                 Defendants. | } *Electronically Filed.* |

## CORRECTIONS DEFENDANTS' WITNESS LIST

AND NOW, come Defendants Valencia, Colgan and Morris ("the Corrections Defendants"), by and through their attorney, Scott A. Bradley, Senior Deputy Attorney General, and submit this Witness List as directed by the Court's Pretrial Order of November 2, 2022 [ECF 235]:

1. **Corey Valencia, Corrections Officer I (retired)—Defendant**

   This defendant will testify as to his interactions with Plaintiff on October 17, 2017. This defendant will also testify as to Plaintiff's action and conduct throughout this incident.

2. **Christopher Colgan, Corrections Officer I—Defendant**

   This defendant will testify as to his interactions with Plaintiff on October 17, 2017. This defendant will also testify as to Plaintiff's action and conduct throughout this incident.

3. **Alan Morris, Corrections Officer III (retired) —Defendant**

   This defendant will testify as to his interactions with Plaintiff on October 17, 2017. This defendant will also testify as to Plaintiff's action and conduct throughout this incident.

4. **Michael Kuzma, Corrections Officer I, SCI-Greene**

   This witness will testify as to his interactions with Plaintiff on October 17, 2017. Particularly, he will testify that along with CO Valencia, he was tasked with bringing a mattress to Plaintiff's cell on October 17, 2017. CO Kuzma will testify that Plaintiff was ordered to the back of his cell, but that he was not handcuffed or otherwise restrained. He will then testify that once the cell door was opened, Plaintiff rushed out of the cell and assaulted himself and CO Valencia. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

5. **Christine Smith, Corrections Officer I, SCI-Greene**

   This witness will testify as to her interactions with Plaintiff on October 17, 2017. Particularly, she will testify that she responded to the incident involving CO Valencia and CO Kuzma. CO Smith will also testify as to the actions she took to assist in stopping Plaintiff's assault on those corrections officers. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

6. **Kulik, Corrections Officer I, SCI-Greene**

   This witness will testify as to his interactions with Plaintiff on October 17, 2017. Particularly, he will testify that he responded to the incident involving CO Valencia and CO Kuzma. CO Kulik will also testify as to the actions he took to assist in stopping Plaintiff's assault on those corrections officers. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

7. **Terry Anderson, Corrections Officer II, SCI-Greene**

   This witness will testify as to his interactions with Plaintiff on October 17, 2017. Particularly, he will testify that he responded to the incident involving CO Valencia and CO Kuzma. SGT will also testify that he was initially the Officer in Charge until LT Morris arrived on scene. He will testify as to the actions he took to assist in stopping Plaintiff's assault on CO Valencia and CO Kuzma. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

8. **Patrick Braunlich, Corrections Officer III, SCI-Greene**

   This witness will testify as to his involvement with the incident involving Plaintiff on October 17, 2017. Particularly, he will testify that he responded to the incident and assisted LT Morris with controlling the situation. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

9. **B. Orosz, Corrections Officer I, SCI-Greene**

   This witness will testify as to his involvement with the incident involving Plaintiff on October 17, 2017. Particularly, he will testify that he responded to the incident and was assigned to the handheld camera to record the incident. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

10. **David Mihalsky, Corrections Officer I, SCI-Greene**

    This witness will testify as to his interactions with Plaintiff on October 17, 2017. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

11. **J. McCune, Corrections Officer I, SCI-Greene**

    This witness will testify as to his involvement with the incident involving Plaintiff on October 17, 2017. Particularly, he will testify that he responded to the incident and was tasked with retrieving an Electric Body Immobilizer Device (EBID) and assigned to the EBID during the escort of Plaintiff. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

12. **Pritts, Corrections Officer I, SCI-Greene**

    This witness will testify as to his interactions with Plaintiff on October 17, 2017. Particularly, he will testify that he responded to the incident and was tasked with relieving CO Valencia during the escort of Plaintiff. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

13. **D.K. Henderson, Corrections Officer I, SCI-Greene**

    This witness will testify as to his interactions with Plaintiff on October 17, 2017. Particularly, he will testify that he responded to the incident and was tasked with relieving CO Colgan during the escort of Plaintiff. This witness will also testify as to Plaintiff's action and conduct throughout this incident.

14. **J. Watson, LPN, SCI-Greene**

    This witness will testify as to the medical treatment provided to Plaintiff following the incident on October 17, 2017.

15. **M.A. Switzer, Corrections Officer IV, SCI-Greene (6-2 Shift Commander)**

    This witness will testify as to his involvement with investigation and review of the incident involving Plaintiff on October 17, 2017.

16. **Adam Crumb, Corrections Officer IV, SCI-Greene (RHU Captain)**

    This witness will testify as to his involvement with investigation and review of the incident involving Plaintiff on October 17, 2017.

17. **S. Silbaugh, Corrections Officer III, SCI-Greene (Security Lieutenant)**

    This witness will testify as to his knowledge of the incident involving Plaintiff on October 17, 2017.

18. **Timothy Lewis, Corrections Officer III, SCI-Greene (Security Lieutenant)**

    This witness will testify as to his knowledge of the incident involving Plaintiff on October 17, 2017.

WHEREFORE, the Corrections Defendants respectfully request that the Court accept the foregoing witness list.

                                          Respectfully submitted,

                                          MICHELLE A. HENRY
                                          Acting Attorney General

                                          _s/ Scott A. Bradley_

Office of Attorney General          Scott A. Bradley
Litigation Section                    Senior Deputy Attorney General
1521 Waterfront Place            Attorney I.D. No. 44627
Mezzanine Level
Pittsburgh, PA 15222             Karen M. Romano
                                              Chief Deputy Attorney General

Phone: (412) 565-3586
Fax:    (412) 565-3019

Date:  February 10, 2023