IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY BRACEY,<br><br>          *Plaintiff,*<br><br>v.<br><br>COREY VALENCIA, *et al,*<br><br>          *Defendants.* | Civil Action No. 2:19-cv-1385<br><br>Hon. William S. Stickman IV |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania

TO: **SCI Phoenix**

GREETINGS:

    WHEREAS, the United States District Court for the Western District of Pennsylvania made an order permitting the issuance of this writ, now by virtue thereof,

    In the name and by authority aforesaid that
**COREY BRACEY GS 4754**
be under your custody detained by whatever name he/she may be charged, you have said person before Judge William S. Stickman IV of the United States District Court for the Western District of Pennsylvania, in Courtroom 8B of the Joseph F. Weis, Jr. United States Courthouse in the City of Pittsburgh, Pennsylvania, on **March 16, 2023 at 10:00 a.m.** as a very material and necessary participant in the pretrial conference for the above entitled case or show cause why the said person cannot be produced.

    When **COREY BRACEY GS 4754** is no longer needed as a participant before this Court, he/she shall be returned to **SCI PHOENIX.**

    AND have you then and there this Writ.

WITNESS, the Honorable William S. Stickman, IV, Judge of the United States District Court for the Western District of Pennsylvania this **February 16, 2023**.

_____
William S. Stickman, IV
United States District Judge