```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| COREY BRACEY,<br><br>*Plaintiff,*<br><br>v.<br><br>COREY VALENCIA, *et al,*<br><br>*Defendants.* | Civil Action No. 2:19-cv-1385<br><br>Hon. William S. Stickman IV |

```
           WRIT OF HABEAS CORPUS AD TESTIFICANDUM
```

```
United States of America
Western District of Pennsylvania

TO:  SCI Phoenix

GREETINGS:

    WHEREAS, the United States District Court for the Western
District of Pennsylvania made an order permitting the issuance
of this writ, now by virtue thereof,

    In the name and by authority aforesaid that
                     COREY BRACEY GS 4754
be under your custody detained by whatever name he/she may be
charged, you have said person before Judge William S. Stickman
IV of the United States District  Court for the Western District
of Pennsylvania, in Courtroom 8B of the Joseph F. Weis, Jr.
United States Courthouse in the City of Pittsburgh,
Pennsylvania, on March 20, 2023 at 8:30 a.m., and each day
following, until a verdict is reached, as a very material and
necessary participant in the jury trial for the above entitled
case or show cause why the said person cannot be produced.

   When COREY BRACEY GS 4754 is no longer needed as a participant
    before this Court, he/she shall be returned to SCI PHOENIX.

   AND have you then and there this Writ.
```

WITNESS, the Honorable William S. Stickman, IV, Judge of the United States District Court for the Western District of Pennsylvania this **February 16, 2023.**

_____
William S. Stickman, IV
United States District Judge