### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY BRACEY, | } | No. 2:19-cv-01385-WSS |
| | } | |
| Plaintiff, | } | Judge Stickman |
| | } | |
| vs. | } | |
| | } | |
| COREY VALENCIA, *Correctional Officer I*; | } | |
| CHRISTOPHER COLGAN, *Corrections Officer 1*; | } | |
| and LIEUTENANT MORRIS, | } | |
| | } | ***Electronically Filed.*** |
| Defendants. | } | |

## ORDER

AND NOW, this **17** day of **February**, 2023, upon consideration of the Motion to Amend Pretrial Order [ECF 235] heretofore filed by the Corrections Defendants, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. **ACCORDINGLY**, the Pretrial Order [ECF 235] previously entered in this matter is amended as follows:

5.     **Motions.** The parties shall file all motions in limine, including motions under Fed.R.Evid. 104(a) and motions to limit or sever issues, together with supporting briefs or memoranda of law, by **February 24, 2023**. Responses shall be filed by **March 6, 2023**. All briefs supporting or opposing such motions are limited to 5 pages.

6.     **Proposed Jury Instructions & Verdict Slips**. Counsel shall meet in an attempt to agree on a joint verdict slip and a joint set of proposed **substantive** jury instructions regarding plaintiff(s)' claims and their elements, any defenses and their elements, and any evidentiary or other matters **particular or unique** to this case. The parties need not submit "boilerplate" or standard civil jury instructions. After said meeting, and on or before **March 3, 2023**, counsel shall file a **unified** combined set of proposed jury instructions and shall e-mail the Word

version to Rebecca_McBride@pawd.uscourts.gov. The filed set of instructions shall include both the agreed upon instructions and the proposed instructions to which the parties disagree.

A joint verdict slip shall be filed by **March 3, 2023**. If the parties, after meeting in an attempt to agree on a joint verdict slip are unable to agree, the parties shall submit their respective proposed verdict slips by **March 3, 2023**.

All other provisions and deadlines in the Pretrial Order [ECF 235] shall remain in effect.

BY THE COURT:

William S. Stickman,
United States District Judge