IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSLYVANIA

FILED

Corey Bracey,

     Plaintiff,

FEB 21 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA.

    V.

Civil Action No. 2:19 CV 1385

Hon. William Stickman IV

Valencia, et. al.,

    Defendants

## SUPPLEMENTAL VOIR DIRE

1. The Plaintiff in this case at the time of incident was an inmate confined to a State Correctional Institution. The defendants at the time of incident were correctional officers of the same institution where plaintiff was confined. Credibility of the parties will be a major component of this case.

Would you find the testimony of correctional officers to be more credible than an inmate because they are correctional officers, or could you weigh the evidence fairly without regard for the parties' titles and/or positions and be impartial?

2. The plaintiff in this case is African American. The defendants in this matter are Caucasion. Would the race of the plaintiff, or the race of the defendants create any bias, prejudice, or favoritism toward any of the parties or toward the evidence presented by the parties?

3. Do you feel that confined inmates should be stripped of all their rights in prison and be subjected to unjust physical beatings and corporal punishment by correctional officers?

4. If you find that the correction officer defendants violated plaintiff's Constitutional rights, could you grant Plaintiff an award of monetary damages to make him whole and to punish the defendants; or, would you be against a prisoner receiving a monetary award?

CC: File
February 10, 2023

Corey Bracey, GS.4754
1200 Mokychic Road
Collegeville, PA 19426

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSLYVANIA

Corey Bracey,

      Plaintiff,

     v.

                                  Civil Action No. 2:19 cv 1385
                                  Hon. William Stickman IV

Valencia, et. al.,

      Defendants.

## BRIEF CASE STATEMENT

   This is a federal civil rights case of an incident arising in the prison setting. Plaintiff, an incarcerated state prisoner at the time of incident, raises violations of his Eighth and Fourteenth Amendments to the United States Constitution. As applicable to this case, plaintiff alleges correctional officers manufactured a situation that was otherwise avoidable to physically beat him which was unnecessary and excessive. To enable this beating defendants had to intentionally and wilfully violate internal prison policies, directives and safety restrictions.

   Thereafter, to cover-up their misconduct defendants in concert falsified their employee incident reports in attempt to justify their beating of plaintiff. Defendants further sought a criminal prosecution of plaintiff for their feigned injuries of the incident. All criminal charges were eventually dismissed against plaintiff, and at least one defendant was formally disciplined as a result of their involvement in initiating the beating of plaintiff. This civil trial follows.

                                  Respectfully Submitted,

                                  Corey Bracey, GS-4754
                                  1200 Mokychic Road
                                  Collegeville, PA 19426

CC: File
February 10, 2023

<u>CERTIFICATE OF SERVICE</u>

1. Corey Bracey, GS-4754, certifies under the penalty of perjury that I caused a true and correct copy of the herein contained "Case Statement; VOIR Dire; and Jury Instructions" to be served via, First Class U.S. mail, by depositing the same in the institution mailbox on the below named party.

Clerk of Court
United States District Court
700 Grant Street, Rm 3110
Pittsburgh, PA 15219

_____
Corey Bracey, GS-4754
1200 Molychic Road
Collegeville, PA 19426

CC: File

February 10, 2023