IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **COREY BRACEY,** | | : | |
| | Plaintiff, | : | Civil No. 19-1385 |
| | | : | |
| v. | | : | Judge William S. Stickman |
| | | : | |
| **CORRECTIONS OFFICER I COREY VALENCIA, et al** | | : | Electronically Filed Document |
| | | : | |
| | | : | |
| | | : | |
| | **Defendants.** | : | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Deputy Attorney General Amelia J. Goodrich on behalf of defendants, **Valencia, Colgan, and Morris,** in connection with the above-captioned case.

        Respectfully submitted,

        MICHELLE A. HENRY
        Acting Attorney General

        */s/ Amelia J. Goodrich*
        AMELIA J. GOODRICH
        Deputy Attorney General
        PA ID 327192

        KAREN ROMANO
        Chief Deputy Attorney General
        Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date: February 22, 2023

## CERTIFICATE OF SERVICE

I, Amelia J. Goodrich, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on the 22th February, 2023, I caused to be served a true and correct copy of the foregoing document titled Notice of Appearance as follows:

**SMART COMMUNICATIONS/PADOC**
**Corey Bracey, GS-4754**
**SCI Camp Hill**
**P.O. BOX 33028**
**St. Petersburg, FL 33733**

By: _____
AMELIA J. GOODRICH
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date: February 22, 2023