IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY BRACEY,<br><br>      *Plaintiff*,<br><br>v.<br><br>COREY VALENCIA, *et al*,<br><br>      *Defendants*. | Civil Action No. 2:19-cv-1385<br><br>Hon. William S. Stickman IV |

**ORDER OF COURT**

Pending before the Court is Defendants' Motion for Continuance of Trial Date (ECF No. 278). As the Court has been notified that a continuance is necessary for Plaintiff to engage in settlement negotiations, the motion is GRANTED. IT IS FURTHER ORDERED that this matter is STAYED and ADMINISTRATIVELY CLOSED through **June 14, 2023**. If a stipulation of dismissal is not filed on or before June 14, 2023, a joint status report shall be filed on **June 15, 2023**. If negotiations conclude any time before June 14, 2023 and the matter is ready for trial, either party may reopen this case by filing a motion. Lastly, the pretrial conference scheduled for March 16, 2023 at 10:00 a.m. is canceled and will be rescheduled by future order of court, if applicable.

                                        BY THE COURT:

                                        s/ William S. Stickman IV
                                        WILLIAM S. STICKMAN IV
                                        UNITED STATES DISTRICT JUDGE